```
MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, ISBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0135
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| FRANCISCO MARCELO MORA,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 3:11-cv-1313 JCS<br><br>**STIPULATION FOR EXTENSION OF TIME AND PROPOSED ORDER** |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Opening Brief up to and including October 6, 2011. The response is currently due on September 6, 2011. This extension is being sought because the undersigned attorney for the Commissioner was unable to complete the Commissioner's brief within the original time frame due to a heavy work load and the unavoidable transfer of assignments from other attorneys.

Because Plaintiff's counsel will be out of town when the reply is due, parties also stipulate that Plaintiff shall be permitted to reply to Defendant's response up to and including November 4, 2011.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 2, 2011          /s/ *Barbara Marie Rizzo*

BARBARA MARIE RIZZO
(as authorized via telephone on September 2, 2011)
Attorney at Law
Attorney for Plaintiff

Dated: September 6, 2011          MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:
          /s/ *Patrick William Snyder*

PATRICK WILLIAM SNYDER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: 9/6/2011   _____

UNITED STATES MAGISTRATE JUDGE

*(Signed: Judge Joseph C. Spero, United States District Court, Northern District of California)*