| | |
|---|---|
| 1 | MELINDA L. HAAG, CSBN 132612<br>United States Attorney |
| 2 | DONNA L. CALVERT, ISBN 6191786<br>Acting Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>PATRICK WILLIAM SNYDER, CSBN 260690 |
| 4 | Special Assistant United States Attorney |
| 5 | 333 Market Street, Suite 1500<br>San Francisco, California 94105 |
| 6 | Telephone:  (415) 977-8927<br>Facsimile:  (415) 744-0135 |
| 7 | E-Mail: Patrick.Snyder@ssa.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | | |
|---|---|---|
| FRANCISCO MARCELO MORA, | ) | |
|  | ) | CIVIL NO. 3:11-cv-1313 JCS |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | **STIPULATION FOR EXTENSION OF** |
|  | ) | **TIME AND ~~PROPOSED~~ ORDER** |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
|  | ) | |
| Defendant. | ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Opening Brief up to and including November 7, 2011. The response is currently due on October 6, 2011. This extension is being sought because the undersigned attorney for the Commissioner was unable to complete the Commissioner's brief within the original time frame due to the transfer of new assignments from other attorneys, including an upcoming Ninth Circuit argument. Plaintiff shall be permitted to reply to Defendant's response up to and including November 21, 2011.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: 9/27/2011  /s/ Barbara Marie Rizzo
  _____
  BARBARA MARIE RIZZO
  (as authorized via email on 9/27/2011)
  Attorney at Law
  Attorney for Plaintiff

Dated: 9/28/2011  MELINDA L. HAAG
  United States Attorney
  DONNA L. CALVERT
  Acting Regional Chief Counsel, Region IX
  Social Security Administration

By:  /s/ Patrick William Snyder
  _____
  PATRICK WILLIAM SNYDER
  Special Assistant U.S. Attorney
  Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: 09/28/11  _____
  Joseph C. Spero
  UNITED STATES MAGISTRATE JUDGE

2