UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MARCELO MORA,<br><br>            Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>            Defendant. | Case No.: CV-11-1313 JCS<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR APPROVAL OF ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b) |

The Court finds that the requested attorney's fees are reasonable and hereby orders the Social Security Administration to pay directly to Plaintiff's attorney, Barbara M. Rizzo, the sum of $12,613.27 for attorney's fees pursuant to 42 U.S.C. §406(b).

IT IS SO ORDERED

Dated: 8/22/14

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE